FILED

08 MAY -7 PM 4: 26

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 1465 JM |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 18, U.S.C., Sec. 2113(a) - Bank Robbery; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| ANDRE TYREESE LEGGETT (1), ) DEOSSY GENE GIBBS (2), ) | |
| Defendants. ) | |

The grand jury charges:

On or about April 10, 2008, within the Southern District of California, defendants ANDRE TYREESE LEGGETT and DEOSSY GENE GIBBS, by force, violence and intimidation, did unlawfully take from the person and presence of an employee of Pacific Trust Bank, 279 F Street, Chula Vista, California, the sum of approximately $3,300.00, belonging to and in the care, custody, control, management, and possession of Pacific Trust Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation (FDIC); in violation of Title 18, United States Code, Sections 2113(a), and 2.

DATED: May 7, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:nlv:San Diego
5/6/08