1  **JASON I. SER**
   California State Bar No. 201816
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  jason_ser@fd.org

5  Attorneys for Mr. Gibbs

6

7

8                        UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE JEFFREY T. MILLER)**

11  UNITED STATES OF AMERICA,       )   Case No.: 08cr1465-JM
                                    )
12              Plaintiff,          )   Date:  June 6, 2008
                                    )   Time:  11:00 a.m.
13  v.                              )
                                    )   **NOTICE OF MOTIONS AND**
14  DEOSSY GENE GIBBS (2),          )   **MOTIONS TO:**
                                    )
15                                  )   **(1) PRESERVE AND INSPECT EVIDENCE;**
                Defendant.          )   **(2) COMPEL DISCOVERY; AND,**
16                                  )   **(3) GRANT LEAVE TO FILE FURTHER**
                                    )       **MOTIONS**
17                                  )
                                    )
18                                  )
    _____)
19
    TO:     KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
20          PAUL L. STARITA, ASSISTANT UNITED STATES ATTORNEY:

21       **PLEASE TAKE NOTICE** that on June 6, 2008, at 11:00 a.m., or as soon thereafter as counsel may

22  be heard, the accused, Deossy Gibbs, by and through his attorneys, Jason I. Ser and Federal Defenders of

23  San Diego, Inc., will ask this Court to enter an order granting the motions outlined below.

24  //

25  //

26

27

28

                                                                                          08cr1465-JM

# **MOTIONS**

Defendant, Mr. Gibbs, by and through his attorneys, Jason I. Ser and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order to:

    (1)    Preserve and Inspect Evidence;
    (2)    Compel Discovery; and,
    (3)    Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at or before the time of the hearing on these motions.

Respectfully submitted,

DATED: May 23, 2008

    */s/ Jason I. Ser*
JASON I. SER
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gibbs
E-mail: jason_ser@fd.org