UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 08cr1465-JM |
| | ) | |
| Plaintiff, | ) | Date:   June 6, 2008 |
| | ) | Time:   11:00 a.m. |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| DEOSSY GENE GIBBS (2), | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing pleading has been electronically served this day upon:

>PAUL STARITA
>U.S. Attorney's Office
>880 Front Street
>San Diego, CA  92101

and

>DANIEL SMITH
>Defense Counsel for Co-Defendant

Dated:  May 23, 2008

_s/ Jason I. Ser_
**JASON I. SER**
Attorneys for Mr. Gibbs
Email: jason_ser@fd.org