```
 1  Daniel M. Smith, Esq.  (SBN 149334)
    Kerry Steigerwalt's Pacific Law Center
 2  333 H Street, Suite 5040
    Chula Vista, CA 91910
 3  Phone: (619) 233-6900
    Fax: (619) 422-0159
 4  Email: lawyersmith@juno.com

 5  Attorney for Defendant
    Andre Tyreese Legget
 6
```

|  |  |  |
|---|---|---|
| 7 | UNITED STATES DISTRICT COURT | |
| 8 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 9 | (HON. JEFFREY T. MILLER) | |

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | Case No.  08-CR1465-JM |
| 11 | Plaintiff, ) | APPLICATION FOR ORDER SHORTENING TIME |
| 12 | vs. ) | |
| 13 | ANDRE TYREESE LEGGET, ) | |
| 14 | Defendant. ) | |
| 15 | _____ ) | |

17    COMES NOW the defendant, Andre Tyreese Legget, by and through his counsel, Daniel M.

18 Smith, and hereby requests that the time for filing the Notice of Motions and Motions for (1)

19 Production of Brady Material; (2) Discovery; and (3) Leave to file further Motions be shortened to

20 May 27, 2008 for the reason set forth below:

21    Counsel for Andre Tyreese Legget was unable to file the above documents in a timely manner

22 and inability to contact recently appointed United States Attorney in a timely fashion.

24                                             Respectfully submitted,

25 Dated: May 27, 2008                          /s/ DANIEL M. SMITH
                                                Daniel M. Smith
26                                              Attorney for Defendant

1  CERTIFICATE OF SERVICE

2  I declare that I am over the age of eighteen years and not a party to the cause.  I have electronically

3  served all parties the Application for Order Shortening Time in the above-captioned case with the

4  Clerk of the District Court using its ECF System, which electronically notifies them.

5      Jason Ser, Federal Defenders of San Diego, Attorney for Defendant Deossy Gene Gibbs (2)

6      jason_ser@fd.org

7      Paul L. Starita, Assistant United States Attorney for Plaintiff, United States of America

8      paul.starita@usdoj.gov

9  Executed on May 27, 2008

10 /s/ DANIEL M. SMITH
   Daniel M. Smith
11 Attorney for Defendant
   Andre Tyreese Legget

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Application for Order Shortening Time                                      08CR1465
U.S. v. Legget                  - 2 -